

ORDERED in the Southern District of Florida on June 15, 2023.

**Laurel M. Isicoff**
**Chief United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:                                                                       Case No. 23-14606-BKC-LMI

OSVALDO CRUZ PADRON,                                   Chapter 7

        Debtor.
_____/

### ORDER GRANTING DEBTOR'S
### APPLICATION FOR WAIVER OF THE CHAPTER 7 FILING FEE

Upon consideration of the Debtor's Application for Waiver of the Chapter 7 Filing Fee (ECF #5), it is -

**ORDERED** as follows:

1. The Application is granted.

2. This Order waiving the filing fee shall also be deemed an Order waiving other fees scheduled by the Judicial Conference under 28 U.S.C. §1930(b) and (c).

3. This Order is subject to being vacated at a later time if developments in the administration of the bankruptcy case demonstrate that the waiver was unwarranted.

###

Copies to:
Jose Sabatier, Esq.