## United States Bankruptcy Court
### Southern District of Florida

In re   Osvaldo Cruz Padron                                        Case No.   23-14606-LMI
                                    Debtor(s)                      Chapter    7

### AMENDED DECLARATION REGARDING PAYMENT ADVICES

**Debtor:**

☒  Copies of all payment advices, pay stubs or other evidence of payment received by the debtor from any employer within 60 days prior to the filing of the bankruptcy petition are attached. (Note: If you worked some, but not all of the 60 days prior, attach copies of any and all received and provide explanation that you didn't work the full 60 days.
_____) Debtor works for Uber, he did not work the full 60 days.

☐  Copies of all payment advices **are not** attached because the debtor had no income from any employer during the 60 days prior to filing the bankruptcy petition.

☐  Copies of all payment advices **are not** attached because the debtor:
   ☐   receives disability payments
   ☐   is unemployed and does not receive unemployment compensation
   ☐   receives Social Security payments
   ☐   receives a pension
   ☐   does not work outside the home
   ☐   is self employed and does not receive payment advices

☐  None of the statements above apply, however, the debtor is unable to timely provide some or all copies of payment advices or other evidence of payment received
   Explain: _____

**Joint Debtor (if applicable):**

☐  Copies of payment advices, pay stubs or other evidence of payment received by the joint debtor from any employer within 60 days prior to the filing of the bankruptcy petition are attached. (Note: If you worked some, but not all of the 60 days prior, attach copies of any and all received and provide explanation that you didn't work the full 60 days.
   _____)

☐  Copies of payment advices **are not** attached because the joint debtor had no income from any employer during the 60 days prior to filing the bankruptcy petition.

☐  Copies of payment advices **are not** attached because the joint debtor:
   ☐   receives disability payments
   ☐   is unemployed and does not receive unemployment compensation
   ☐   receives Social Security payments
   ☐   receives a pension
   ☐   does not work outside the home
   ☐   is self employed and does not receive payment advices

☐  None of the statements above apply, however, the joint debtor is unable to timely provide some or all copies of payment advices or other evidence of payment received
   Explain: _____

LF-10 (rev. 12/01/09)                               Page 1 of 2

*NOTE: When submitting copies of evidence of payment such as pay stubs or payment advices, it is your responsibility to redact (blackout) any social security numbers, names of minor children, dates of birth or financial account numbers before attaching for filing with the court. See Local Rule 5005-1(A)(2).*

/s/ Osvaldo Cruz Padron                                   Date:    **June 27, 2023**

**Osvaldo Cruz Padron**
Signature of Attorney or Debtor



1515 3rd Street

San Francisco, CA 94158

Uber Tax ID Number: 45-2647441

# Osvaldo cruz

Code: 644k0y

Tax Summary for 2023/1

Thanks for doing driving with Uber in 2023/1. Below is a breakdown of your earnings over the month that may help you file your taxes.

### Driving Totals

Online Miles shows all of the miles you drove while online, including off trip miles.

**82**
COMPLETED TRIPS

**950**
ONLINE MILES



### Your Gross Payment

Total Trip Earnings from Uber plus any other additional earnings



### Expenses, Fees and Tax

Expenses, Fees and Tax. For a complete breakdown, please refer to table 1 on page 2.



### Your Net Payout

**Not for tax filing purposes.** This amount represents what was paid in your bank account.

| | | |
|---|---|---|
| **Reportable Payments** | Expenses, Fees and Tax    + $943.92 | Net Earnings    + $860.29 |
| Gross Trip Earnings    + $1,628.86 | | Reimbursements: Tolls, Airport fees and Surcharges    + $14.11 |
| Total Additional Earnings    + $189.46 | | |

**$1,818.32**          **$943.92**          **$874.40**

This is not an official tax document. Uber does not offer any tax advice.

Check with a tax professional or go to t.uber.com/taxes-faq for more information



1515 3rd Street

San Francisco, CA 94158

Uber Tax ID Number: 45-2647441

# Osvaldo cruz

Code: 644k0y

Tax Summary for 2023/1

### Table 1 - Expenses, Fees, Tax and Reimbursement

All items marked with a * may be tax deductible. Your online mileage may also be deductible. Need help filing? Get help from the tax experts. Visit t.uber.com/turbotax or consult a tax professional for more information.

| Expenses, Fees and Tax | |
|---|---|
| Uber service fee/other adjustments* | $587.65 |
| Booking fee* | $342.42 |
| Split fare fee* | $0.50 |
| Airport and city fees collected* | $4.00 |
| Instant pay charges* | $9.35 |
| **Reimbursements** | |
| Tolls, airport fees and surcharges* | $14.11 |
| **TOTAL EXPENSES, FEES, TAX AND REIMBURSEMENTS** | **$958.03** |

"Uber Service Fee / Other Adjustments" includes both the Uber Service Fee and certain other items such as: 1) pricing adjustments due to Uber-provided rider promotions, or 2) differences between the rider's upfront price and your earnings.

### Table - 2 Additional Payments from Uber or Subsidiaries

| Incentives | $189.18 |
|---|---|
| Other Miscellaneous Payment | $0.28 |
| **TOTAL ADDITIONAL EARNINGS** | **$189.46** |

This is not an official tax document. Uber does not offer any tax advice.

Check with a tax professional or go to t.uber.com/taxes-faq for more information.



1515 3rd Street

San Francisco, CA 94158

Uber Tax ID Number: 45-2647441

# Osvaldo cruz

Code: 644k0y

Tax Summary for 2023/2

Thanks for doing driving with Uber in 2023/2. Below is a breakdown of your earnings over the month that may help you file your taxes.

## Driving Totals

Online Miles shows all of the miles you drove while online, including off trip miles.

**82** COMPLETED TRIPS

**723** ONLINE MILES



### Your Gross Payment

Total Trip Earnings from Uber plus any other additional earnings



### Expenses, Fees and Tax

Expenses, Fees and Tax. For a complete breakdown, please refer to table 1 on page 2.



### Your Net Payout

**Not for tax filing purposes.** This amount represents what was paid in your bank account.

| | | | | | |
|---|---|---|---|---|---|
| **Reportable Payments** | | Expenses, Fees and Tax | + $793.68 | Net Earnings | + $675.34 |
| Gross Trip Earnings | + $1,373.72 | | | Reimbursements: Tolls, Airport fees and Surcharges | + $9.59 |
| Total Additional Earnings | + $104.89 | | | | |

$1,478.61                $793.68                $684.93

This is not an official tax document. Uber does not offer any tax advice.

Check with a tax professional or go to t.uber.com/taxes-faq for more information



1515 3rd Street

San Francisco, CA 94158

Uber Tax ID Number: 45-2647441

# Osvaldo cruz

Code: 644k0y

Tax Summary for 2023/2

### Table 1 - Expenses, Fees, Tax and Reimbursement

All items marked with a * may be tax deductible. Your online mileage may also be deductible. Need help filing? Get help from the tax experts. Visit t.uber.com/turbotax or consult a tax professional for more information.

| Expenses, Fees and Tax | |
|---|---:|
| Uber service fee/other adjustments* | $484.21 |
| Booking fee* | $302.17 |
| Split fare fee* | $0.50 |
| Instant pay charges* | $6.80 |
| **Reimbursements** | |
| Tolls, airport fees and surcharges* | $9.59 |
| **TOTAL EXPENSES, FEES, TAX AND REIMBURSEMENTS** | **$803.27** |

"Uber Service Fee / Other Adjustments" includes both the Uber Service Fee and certain other items such as: 1) pricing adjustments due to Uber-provided rider promotions, or 2) differences between the rider's upfront price and your earnings.

### Table - 2 Additional Payments from Uber or Subsidiaries

| | |
|---|---:|
| Incentives | $104.89 |
| **TOTAL ADDITIONAL EARNINGS** | **$104.89** |

This is not an official tax document. Uber does not offer any tax advice.

Check with a tax professional or go to t.uber.com/taxes-faq for more information.

# Uber

1515 3rd Street

San Francisco, CA 94158

Uber Tax ID Number: 45-2647441

# Osvaldo cruz

**Code: 644k0y**

Tax Summary for 2023/3

Thanks for doing driving with Uber in 2023/3. Below is a breakdown of your earnings over the month that may help you file your taxes.

### Driving Totals

Online Miles shows all of the miles you drove while online, including off trip miles.

**86** COMPLETED TRIPS

**1,101** ONLINE MILES



### Your Gross Payment

Total Trip Earnings from Uber plus any other additional earnings



### Expenses, Fees and Tax

Expenses, Fees and Tax. For a complete breakdown, please refer to table 1 on page 2.

### Your Net Payout

**Not for tax filing purposes.** This amount represents what was paid in your bank account.

| Reportable Payments | | Expenses, Fees and Tax | + $1,352.85 | Net Earnings | + $1,554.95 |
|---|---|---|---|---|---|
| Gross Trip Earnings | + $2,814.30 | | | Reimbursements: Tolls, Airport fees and Surcharges | + $29.26 |
| Total Additional Earnings | + $122.76 | | | | |

$2,937.06    $1,352.85    $1,584.21

---

This is not an official tax document. Uber does not offer any tax advice.

Check with a tax professional or go to t.uber.com/taxes-faq for more information



1515 3rd Street

San Francisco, CA 94158

Uber Tax ID Number: 45-2647441

# Osvaldo cruz

Code: 644k0y

Tax Summary for 2023/3

### Table 1 - Expenses, Fees, Tax and Reimbursement

All items marked with a * may be tax deductible. Your online mileage may also be deductible. Need help filing? Get help from the tax experts. Visit t.uber.com/turbotax or consult a tax professional for more information.

| Expenses, Fees and Tax | |
|---|---|
| Uber service fee/other adjustments* | $942.69 |
| Booking fee* | $399.66 |
| Airport and city fees collected* | $2.00 |
| Instant pay charges* | $8.50 |
| **Reimbursements** | |
| Tolls, airport fees and surcharges* | $29.26 |
| **TOTAL EXPENSES, FEES, TAX AND REIMBURSEMENTS** | **$1,382.11** |

"Uber Service Fee / Other Adjustments" includes both the Uber Service Fee and certain other items such as: 1) pricing adjustments due to Uber-provided rider promotions, or 2) differences between the rider's upfront price and your earnings.

### Table - 2 Additional Payments from Uber or Subsidiaries

| | |
|---|---|
| Incentives | $122.76 |
| **TOTAL ADDITIONAL EARNINGS** | **$122.76** |

This is not an official tax document. Uber does not offer any tax advice.

Check with a tax professional or go to t.uber.com/taxes-faq for more information.



1515 3rd Street

San Francisco, CA 94158

Uber Tax ID Number: 45-2647441

# Osvaldo cruz

Code: 644k0y

Tax Summary for 2023/4

Thanks for doing driving with Uber in 2023/4. Below is a breakdown of your earnings over the month that may help you file your taxes.

## Driving Totals

Online Miles shows all of the miles you drove while online, including off trip miles.

**1** COMPLETED TRIPS

**8** ONLINE MILES



### Your Gross Payment

Total Trip Earnings from Uber plus any other additional earnings

**Reportable Payments**
Gross Trip Earnings     + $14.66

**$14.66**



### Expenses, Fees and Tax

Expenses, Fees and Tax. For a complete breakdown, please refer to table 1 on page 2.

Expenses, Fees and Tax     + $5.79

**$5.79**



### Your Net Payout

**Not for tax filing purposes.** This amount represents what was paid in your bank account.

Net Earnings     + $8.87

**$8.87**

This is not an official tax document. Uber does not offer any tax advice.

Check with a tax professional or go to t.uber.com/taxes-faq for more information



1515 3rd Street

San Francisco, CA 94158

Uber Tax ID Number: 45-2647441

# Osvaldo cruz

Code: 644k0y

Tax Summary for 2023/4

**Table 1 - Expenses, Fees, Tax and Reimbursement**

All items marked with a * may be tax deductible. Your online mileage may also be deductible. Need help filing? Get help from the tax experts. Visit t.uber.com/turbotax or consult a tax professional for more information.

| Expenses, Fees and Tax | |
|---|---:|
| Uber service fee/other adjustments* | $2.76 |
| Booking fee* | $3.03 |
| Reimbursements | |
| TOTAL EXPENSES, FEES, TAX AND REIMBURSEMENTS | $5.79 |

"Uber Service Fee / Other Adjustments" includes both the Uber Service Fee and certain other items such as: 1) pricing adjustments due to Uber-provided rider promotions, or 2) differences between the rider's upfront price and your earnings.

This is not an official tax document. Uber does not offer any tax advice.

Check with a tax professional or go to t.uber.com/taxes-faq for more information.



1515 3rd Street

San Francisco, CA 94158

Uber Tax ID Number: 45-2647441

# Osvaldo cruz

Code: 644k0y

Tax Summary for 2023/5

Thanks for doing driving with Uber in 2023/5. Below is a breakdown of your earnings over the month that may help you file your taxes.

## Driving Totals

Online Miles shows all of the miles you drove while online, including off trip miles.

**23** COMPLETED TRIPS

**229** ONLINE MILES



### Your Gross Payment

Total Trip Earnings from Uber plus any other additional earnings



### Expenses, Fees and Tax

Expenses, Fees and Tax. For a complete breakdown, please refer to table 1 on page 2.



### Your Net Payout

**Not for tax filing purposes.** This amount represents what was paid in your bank account.

| Reportable Payments | | Expenses, Fees and Tax | + $310.43 | Net Earnings | + $270.47 |
|---|---|---|---|---|---|
| Gross Trip Earnings | + $519.46 | | | Reimbursements: Tolls, Airport fees and Surcharges | + $7.07 |
| Total Additional Earnings | + $68.51 | | | | |

| **$587.97** | **$310.43** | **$277.54** |

This is not an official tax document. Uber does not offer any tax advice.

Check with a tax professional or go to t.uber.com/taxes-faq for more information



1515 3rd Street

San Francisco, CA 94158

Uber Tax ID Number: 45-2647441

# Osvaldo cruz

Code: 644k0y

Tax Summary for 2023/5

### Table 1 - Expenses, Fees, Tax and Reimbursement

All items marked with a * may be tax deductible. Your online mileage may also be deductible. Need help filing? Get help from the tax experts. Visit t.uber.com/turbotax or consult a tax professional for more information.

| Expenses, Fees and Tax | |
|---|---|
| Uber service fee/other adjustments* | $204.37 |
| Booking fee* | $103.51 |
| Instant pay charges* | $2.55 |
| **Reimbursements** | |
| Tolls, airport fees and surcharges* | $7.07 |
| **TOTAL EXPENSES, FEES, TAX AND REIMBURSEMENTS** | **$317.50** |

"Uber Service Fee / Other Adjustments" includes both the Uber Service Fee and certain other items such as: 1) pricing adjustments due to Uber-provided rider promotions, or 2) differences between the rider's upfront price and your earnings.

### Table - 2 Additional Payments from Uber or Subsidiaries

| | |
|---|---|
| Incentives | $68.51 |
| **TOTAL ADDITIONAL EARNINGS** | **$68.51** |

This is not an official tax document. Uber does not offer any tax advice.

Check with a tax professional or go to t.uber.com/taxes-faq for more information.